IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WALTER STOCKWELL | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BOWMAN DISTTRIBUTION and BARNES GROUP, INC., | ) ) ) |
| Defendants. | ) Case No. |

# NOTICE OF REMOVAL

## I. Introduction

Pursuant to 28 U.S.C. §§ 1441 and 1446 and 29 U.S.C. § 216, defendants BOWMAN DISTTRIBUTION and BARNES GROUP, INC. remove to this federal court the state court action described below.

## II. Procedural Posture

Plaintiff Walter Stockwell commenced the action in the Alaska Superior Court, Fourth Judicial District at Fairbanks, as Case No. 4FA-08-2904 CI on December 1, 2008. Bowman Distribution and Barnes Group, Inc., defendants in plaintiff's state court action, were served on May 7, 2009, so this Notice of Removal is filed within thirty (30) days of service of plaintiff's Complaint as required by 28 U.S.C. § 1446(b).

## III. Relevant Allegations in the Complaint

Plaintiff's complaint is for personal injuries as a result of a defective product. Plaintiff's compliant is accompanied by a prayer for damages including "severe and disabling permanent impairment of his physical condition," "pain and suffering, loss

NOTICE OF REMOVAL
Page 1 of 2

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
411 Fourth Avenue, Suite 300
Fairbanks, Alaska 99701-4712
(907) 479-7776 (907) 479-7966

earnings, lost earning capacity, loss of enjoyment of life, future medical expenses and punitive damages". Considering the broad nature of Plaintiff's prayer, and the fact that it was filed in Superior Court, the potential liability appears to exceed the jurisdictional limits of diversity jurisdiction.

### VI. Conclusion

For these reasons, defendants request the court to assume jurisdiction.

DATED at Fairbanks, Alaska, this 27th day of May, 2008.

Attorney for Bowman Distribution
and Barnes Group, Inc.,

/s/ John J. Tiemessen
  ABA No. 91111105
Clapp Peterson Van Flein
Tiemessen & Thorsness, LLC
411 Fourth Avenue, Suite 300
Fairbanks, Alaska 99701
Phone: (907) 479-7776
Fax: (907) 4797966
Email: jjt@cplawak.com

Certificate of Service
I hereby certify that a copy of the foregoing was electronically served on:

J. John Franich
Franch Law Office, LLC
1305 21st Avenue, Suite 204
Fairbanks, AK 99701

/s/ John J. Tiemessen

NOTICE OF REMOVAL
Page 2 of 2