IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

WALTER STOCKWELL,

    Plaintiff,

vs.

BOWMAN DISTRIBUTION and
BARNES GROUP, INC.,

    Defendants.

COMPLAINT

Case No. 4FA-08-2904 CI

Plaintiff, WALTER STOCKWELL, by and through counsel, FRANICH LAW OFFICE, LLC, alleges as follows:

    1.    Plaintiff, WALTER STOCKWELL, is, and was at all relevant times, a resident of the Fourth Judicial District at Fairbanks, Alaska.

    2.    Defendant, BOWMAN DISTRIBUTION is on information and belief a wholly owned subsidiary of defendant BARNES GROUP, INC., doing business in the State of Alaska and is the Alaska distributor of the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant.

    3.    Defendant, BARNES GROUP, INC. is believed to be an Ohio corporation which manufactures and/or distributes a product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant through its wholly-owned subsidiary, Defendant Bowman Distribution.

    4.    The product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant contains the chemical known as Tetrachloroethylene, which is harmful if swallowed, inhaled or absorbed through the skin. It causes irritation to the skin, eyes and

FRANICH LAW
OFFICE, LLC
1305 21st Avenue
Suite 204
Fairbanks, Alaska 99701
Tel.: (907) 456-5100
Fax: (866) 468-4414
Email: john@franich.net

Stockwell vs. Bowman Distribution    Page 1 of 4    Complaint

Case 4:09-cv-00028-RRB   Document 1-2   Filed 05/29/09   Page 1 of 4

respiratory tract. It affects the central nervous system, liver and kidneys. It is suspected to cause a cancer hazard and may cause cancer.

5. Because of its ultrahazardous and unreasonably dangerous nature, the Alaska Department of Transportation has banned the purchase and use of the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant. On information and belief, defendants and their agents know of that ban.

6. Defendants owe a duty not to permit the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant to be sold to the Alaska Department of Transportation.

7. Defendants breached that duty by selling or distributing the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant to the Alaska Department of Transportation subsequent to the ban.

8. Defendant has been damaged as a proximate result of Defendants' negligence as more fully set forth below.

9. The product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant is inherently and unreasonably dangerous because it contains Tetrachloroethylene.

10. Because it contains the chemical Tetrachloroethylene, the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant is required by law to contain proper warnings concerning its use and protection of users from exposure to the dangerous substance it contains.

11. The failure by defendants to adequately label the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant caused the product to be an unreasonably dangerous product and/or an ultra-hazardous product.

FRANICH LAW
OFFICE LLC
1305 21ª Avenue
Suite 204
Fairbanks, Alaska 99701
Tel.: (907) 456-5100
Fax: (866) 468-4414
Email: john@franich.net

Stockwell vs. Bowman Distribution  Page 2 of 4  Complaint

Case 4:09-cv-00028-RRB   Document 1-2   Filed 05/29/09   Page 2 of 4

12. Defendants distributed the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant in its unreasonably dangerous and/or ultra-hazardous condition.

13. On or about November 30, 2006, Plaintiff came into contact with product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant while employed by the State of Alaska Department of Transportation. Specifically, Plaintiff used the product for what he believed to be its intended purpose in cooling metal that he was cutting with a torch. As a result, Plaintiff inhaled Tetrachloroethylene in the fumes given off by the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant and may also have absorbed Tetrachloroethylene through his skin and through contact with his eyes.

14. Plaintiff would not have been exposed to harmful levels of Tetrachloroethylene if he had received adequate warnings as to the safe handling and use of the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant through adequate labeling and warnings.

15. Defendant's damages include severe and disabling permanent impairment of his physical condition, pain and suffering, lost earnings, lost earning capacity, loss of enjoyment of life, medical expenses and other damages to be proven at trial.

16. Plaintiff's damages are the predictable, direct and proximate result of the Defendants' conduct.

17. Because the product known as BD Cutting Tool Coolant or Bowman's Cutting Tool Coolant is an unreasonably dangerous product and/or an ultra-hazardous product, Defendants are strictly liable for the damages sustained by Plaintiff.

18. Defendants' conduct evidenced reckless indifference to the interests of another person, to wit, the end-users of the product, including Plaintiff. Plaintiff is therefore entitled to punitive damages pursuant to AS 09.17.020.

FRANICH LAW
OFFICE, LLC
1305 21st Avenue
Suite 204
Fairbanks, Alaska 99701
Tel: (907) 456-5100
Fax: (866) 469-4414
Email: john@franich.net

Stockwell vs. Bowman Distribution    Page 3 of 4    Complaint

Case 4:09-cv-00028-RRB   Document 1-2   Filed 05/29/09   Page 3 of 4

19. Because the breach of the Defendants' duty of care is the direct and proximate cause of Plaintiff's damages, the Defendants are liable to Plaintiff for their negligence.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, jointly and severally, in an amount to be proven at trial that is expected to exceed $100,000.00, plus prejudgment interest, costs and attorney fees, and post-judgment interest as provided by law.

Dated: 12/1/08

FRANICH LAW OFFICE, LLC
Attorney for Plaintiff

By: _____
J. John Franich
ABA No. 8011078

FRANICH LAW
OFFICE, LLC
1305 21st Avenue
Suite 204
Fairbanks, Alaska 99701
Tel.: (907) 456-5100
Fax: (866) 468-4414
Email: john@franich.net

Stockwell vs. Bowman Distribution        Page 4 of 4                Complaint

Case 4:09-cv-00028-RRB   Document 1-2   Filed 05/29/09   Page 4 of 4