Clapp, Peterson, Tiemessen,
Thorsness & Johnson, LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WALTER STOCKWELL, ) | |
| Plaintiff, ) | |
| vs. ) | |
| BOWMAN DISTRIBUTION and ) BARNES GROUP, INC., ) | |
| Defendants. ) | Case No. 4:09-cv-00028 RRB |

**SATISFACTION OF JUDGMENT**

The judgment creditors, Barnes Group Inc. and Barnes Distribution (incorrectly named as Bowman Distribution), through counsel of record, pursuant to LR 58.5, certify that the Final Judgment entered against Walter Stockwell on May 21, 2013, redistributed on July 9, 2013, and recorded with the Alaska Department of Natural Resources, Recorder's Office, Fairbanks District, on August 5, 2013 as Document No.: 014394-0, Document Year: 2013, in the total judgment amount of $46,383.86, has been satisfied and that all sums due on the judgment have been paid as of January 13, 2014. The full name of the judgment debtor as it appears upon the judgment recorded is Walter Stockwell.

SATISFACTION OF JUDGMENT
*Stockwell v. Bowman Distribtuion and Barnes Group, Inc.;* Case No.: 4:09-cv-00028 RRB
JJT/cbh/2524-1/SatisfactionJudgment
Page 1 of 2

DATED in Fairbanks, Alaska on the 12th day of March, 2014.

CLAPP PETERSON TIEMESSEN
THORSNESS & JOHNSON, LLC.
Attorney for Defendants Bowman
Distribution and Barnes Group
Inc.

/s/ John J. Tiemessen
ABA No. 9111105
Clapp Peterson Tiemessen
Thorsness & Johnson, LLC
411 Fourth Avenue, Suite 300
Fairbanks, Alaska 99701
Phone: (907) 479-7776
Fax: (907) 4797966
Email: jjt@cplawak.com

Certificate of Service

I hereby certify that a copy of the foregoing was served via U.S. Mail on:

Walter Stockwell, *Pro Se*
P.O. Box 1195
Delta Junction, AK 99737

/s/ John J. Tiemessen

Date: 3/12/14

SATISFACTION OF JUDGMENT
*Stockwell v. Bowman Distribtuion and Barnes Group, Inc.;* Case No.: 4:09-cv-00028 RRB
JJT/cbh/2524-1/SatisfactionJudgment
Page 2 of 2